[No. 73117-3-I. Division One. November 16, 2015.]

*In the Matter of the Marriage of* FRANCISCO A. CASTILLOS, *Appellant*, and ISABELLA CASTILLOS, *Respondent*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated January 19, 2016. Substitute opinion filed. See 192 Wn. App. 1019.

[Nos. 73211-1-I; 73212-9-I; Division One. November 16, 2015.]
73213-7-I; 73214-5-I;
73215-3-I.

*In the Matter of the Parental Rights to* J.A.W. ET AL.

Appeals from a judgment of the Superior Court for Skagit County, No. 13-7-00500-1, Warren M. Gilbert, J. Pro Tem., entered February 20, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler and Trickey, JJ.

[No. 73221-8-I. Division One. November 16, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD D. FOX ET AL., *Defendants*, TREVOR SCOTT UTLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-02986-8, Theresa B. Doyle, J., entered February 10, 2015. *Remanded* by unpublished per curiam opinion.

[No. 73935-2-I. Division One. November 16, 2015.]

BRAD M. GOODSPEED, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-2-01847-8, Erik D. Price, J., entered July 17, 2014. *Affirmed* by unpublished opinion per Leach, J., concurred in by Spearman, C.J., and Lau, J.